UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLEN SKALUBINSKI, *individually and on behalf of all others similarly situated,* | * * * | |
| Plaintiff, | * * | Civil Action No. 1:21-cv-10197-IT |
| v. | * | |
| STARBUCKS COFFEE COMPANY, | * * | |
| Defendant. | * | |

ORDER OF DISMISSAL

July 20, 2022

TALWANI, D.J.

Plaintiff Glen Skalubinski initiated this action on February 5, 2021. Compl. [Doc. No. 1]. A summons as to Defendant Starbucks Coffee Company was issued the same day. To date, Plaintiff has not returned the summons with proof of execution. As a result, on June 30, 2022, the court issued an Order to Show Cause [Doc. No. 7] informing Plaintiff that the case is subject to dismissal absent a response, filed no later than July 14, 2022, setting forth good cause as to why the court should not dismiss the case. The court received no response. Accordingly, the action is hereby DISMISSED without prejudice. This case is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge